UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **THOMAS M. BROOKS,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil No. 07-30-P-S |
| ) | |
| **LOCAL S7, INTERNATIONAL** ) | |
| **ASSOCIATION OF MACHINISTS** ) | |
| **AND AEROSPACE WORKERS,** ) | |
| **AFL-CIO, et al.,** ) | |
| | |
| **Defendants** | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 3, 2008, his Recommended Decision (Docket No. 75). Plaintiff filed his Objection to the Recommended Decision that denies Plaintiff's Motion for Extension of Time to file responses to Defendant BIW's Statement of Material Facts (Docket No. 77) on October 20, 2008. Plaintiff filed his Objection to the Recommended Decision (Docket No. 79) on October 20, 2008. Defendant Bath Iron Works filed its Objection to the Recommended Decision (Docket No. 80) on November 3, 2008. Defendant Local S7, International Association of Machinists and Aerospace Workers, AFL-CIO, (the "Union") filed its Objection to the Recommended Decision (Docket 81) on November 6, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the

Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant Union's Motion to Strike (Docket No. 61) is **DENIED**.

3. It is hereby **ORDERED** that Plaintiff's Motion to Extend Time to File (Docket No. 65) is **GRANTED** as to Docket No. 54 and otherwise **DENIED**.

4. It is hereby **ORDERED** that Defendant Bath Iron Works' Motion for Summary Judgment (Docket No. 34) is **GRANTED**.

5. It is hereby **ORDERED** that Defendant Union's Motion for Summary Judgment (Docket No. 38) is **GRANTED**.

/s/George Z. Singal
Chief U.S. District Judge

Dated:   November 14, 2008